Filed 12/17/2015 2:29:52 PM
Sherry Griffis
District Clerk
Harrison County, Texas

Mindy Anderson
Deputy

CAUSE NO. 14-0691

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 8:29:00 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| SHAKEITHA WILEY, Ind. And | § | IN THE 71ST DISTRICT COURT |
| As Representative of the Estate of | § | |
| Casandra Wiley | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | IN AND FOR |
| | § | |
| HIGHLAND PINES NURSING and | § | |
| REHABILITATION, | § | |
| and TABITHA AYERS | § | |
| Defendants | § | HARRISON COUNTY, TEXAS |

## DEFENDANTS HIGHLAND PINES NURSING HOME LTD. AND TABITHA AYERS' NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

HIGHLAND PINES NURSING HOME, LTD. (erroneously named as Highland Pines Nursing and Rehabilitation) and TABITHA AYERS ("Defendants"), the Defendants in the above-styled cause, file this Notice of Appeal pursuant to the Texas Rules of Appellate Procedure, and respectfully shows the Court as follows:

### I.

Defendants desire to appeal from two orders signed by the Court on November 30, 2015. *See* Exhibits A and B. These orders are appealable by interlocutory appeal pursuant to Texas Civil Practice and Remedies Code section 51.014(a)(9) because the Court's orders denied all of the relief sought by Defendants under Texas Civil Practice and Remedies Code section 74.351(b).

### II.

Defendants appeal to the Sixth Court of Appeals in Texarkana, Texas.

## III.

The appeal of these orders is an accelerated appeal pursuant to Texas Rule of Appellate Procedure 28.1.

Respectfully submitted,

**STROMBERG STOCK, PLLC**

By: /s/ Susan J. Travis
      Susan J. Travis
      State Bar No. 20194750

8750 North Central Expressway, Suite 625
Dallas, TX 75231
(972) 458-5353 Telephone
(972) 861-5339 Facsimile
susan@strombergstock.com

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the following counsel in the following manner this **17th day of December, 2015**:

**VIA E-FILING and FAX**
Mr. Mark P. McMahon
Erskine & McMahon, LLP
P.O. Box 3485
Longview, Texas 75606

/s/ Susan J. Travis
Susan J. Travis

CAUSE NO. 14-0691

| | | |
|---|---|---|
| SHAKEITHA WILEY, IND. AND | § | IN THE DISTRICT COURT |
| AS REPRESENTATIVE OF THE | § | |
| ESTATE OF CASANDRA WILEY | § | |
| | § | |
| VS. | § | 71st JUDICIAL DISTRICT |
| | § | |
| HIGHLAND PINES NURSING AND | § | |
| REHABILITATION, AND TABITHA | § | |
| AYERS | § | HARRISON COUNTY, TEXAS |

## ORDER DENYING DEFENDANT TABITHA AYERS' SECOND OBJECTION AND MOTION TO DISMISS PURSUANT TO SECTION 74.351 OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE

On this day, came on to be considered Defendant TABITHA AYERS' Second

Objection and Motion to Dismiss Pursuant to Texas Civil Practice & Remedies Code

Section 74.351. The Court, after considering the Motion and argument of counsel, is of

the opinion that this Motion should be DENIED.

SIGNED this __3Ø__ day of __Nᴏᴠ__ 2015.

_____
Brad Morin
Judge Presiding



CAUSE NO. 14-0691

| | | |
|---|---|---|
| SHAKEITHA WILEY, IND. AND | § | IN THE DISTRICT COURT |
| AS REPRESENTATIVE OF THE | § | |
| ESTATE OF CASANDRA WILEY | § | |
| | § | |
| VS. | § | 71st JUDICIAL DISTRICT |
| | § | |
| HIGHLAND PINES NURSING AND | § | |
| REHABILITATION, AND TABITHA | § | |
| AYERS | § | HARRISON COUNTY, TEXAS |

## ORDER DENYING DEFENDANT HIGHLAND PINES' SECOND OBJECTION AND MOTION TO DISMISS PURSUANT TO SECTION 74.351 OF THE TEXAS CIVIL PRACTICE & REMEDIES CODE

On this day, came on to be considered Defendant HIGHLAND PINES NURSING HOME LTD'S Second Objection and Motion to Dismiss Pursuant to Texas Civil Practice & Remedies Code Section 74.351. The Court, after considering the Motion and argument of counsel, is of the opinion that this Motion should be DENIED.

SIGNED this _30_ day of _Nov_ 2015.

_____
Brad Morin
Judge Presiding

EXHIBIT
B